**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

**RICKEY BENSON,**

    **Plaintiff,**

**v.**                             **No. 2:24-cv-02041-SHM-tmp**

**CHIEF JAILER KIRK FIELDS, ET AL.,**

    **Defendants.**

# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order docketed August 9, 2024.

## APPROVED:

_/s/ Samuel H. Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE

_August 9, 2024_                    WENDY OLIVER
DATE                                 CLERK

                                              _/s/ Jairo Mendez_
                                             (By) DEPUTY CLERK